IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV199

| | |
|---|---|
| DEIRDRE MOSS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHSOUTH CORPORATION, )<br>)<br>Defendant. )<br>) | **ORDER GRANTING**<br>**PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendant HealthSouth Corporation to allow **Peter G. Golden** to appear *Pro Hac Vice*, filed June 28, 2006 [doc. #7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Golden has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 7, 2006

Graham C. Mullen
United States District Judge